UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

David Garcia-Villanueva

       Defendant.

No. CR 16mj 70931 MAG

**ORDER - CJA CONTRIBUTIONS DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ _____ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] MAIL TO:  Clerk, U.S. District Court
                280 South First Street, Room 2112
                San Jose, CA 95113-3095

[X] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $ 100, DUE BY 8/1/16.

[X] MAIL TO:  Clerk, U.S. District Court
                280 South First Street, Room 2112
                San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 7/27/2016

_____
Howard R. Lloyd, U.S. Magistrate Judge